## FOURTH DEPARTMENT, SEPTEMBER, 1922.

In the Matter of the Petition of MICHAEL P. FLYNN for an Order Reviewing the Determination of the Board of Elections of the County of Onondaga, Relative to the Validity of the Designating Petition of ARTHUR BENSON, a Candidate for Member of Assembly.— Order affirmed, with costs.   Held, we are of the opinion that an officer of the Federal Reserve Corps not in active service is not a military officer within the meaning of subdivision 8 of section 3 of the State Constitution,* and is, therefore, not ineligible to the Legislature.   All concur.

HARRIETT SCULLY, as Administratrix, etc., Appellant, v. JOHN F. BURKE, as Receiver, etc., and Others, Respondents.— Appeal dismissed, without costs upon stipulation filed.

PATRICK McCARTHY, Plaintiff, v. BRIDGET HAYES, Defendant.— Appeal dismissed, without costs upon stipulation filed.

MAX ROSEN, Appellant, v. INTERNATIONAL RAILWAY COMPANY and Another, Respondents.— Motion granted and appeal dismissed, with costs.

ANDREW GARRIG, Appellant, v. DIRECTOR-GENERAL OF RAILROADS, Respondent.— Motion granted and appeal dismissed, with costs.

KUNEGUNDA OSIKA, an Infant, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

EVA KAMINSKI, an Infant, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

MINNIE WIESE, Administratrix, etc., Appellant, v. WALKER D. HINES, Director-General of Railroads, Respondent.— Motion granted and appeal dismissed, with costs.

BEULAH C. MOEST, an Infant, etc., Appellant, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

SPANISH RUSH BROOM COMPANY, Respondent, v. ALBERT C. DOBBERTIN, Appellant.— Motion granted and appeal dismissed.

In the Matter of the Application of CATHERINE SALVAN for the Removal of ERNEST G. OSTRANDER from Certain Premises.— Motion granted and appeal dismissed, with costs.

H. K. BROWN, Respondent, v. HARRY I. HACHTMAN and Others, Appellants.— Motion granted and appeal dismissed, with costs.

In the Matter of Proving the Last Will and Testament of GEORGE DOHENY, Deceased.— Motion granted and appeal dismissed, with costs.

WILLIAM J. EY, Appellant, v. ANSLEY A. ZURBRICK, Respondent.— Motion granted and appeal dismissed, with costs.

ANNA McAULEY IVES, Respondent, v. HARRY BALLARD, Appellant.— Appeal dismissed, with costs upon stipulation filed.

CENTRAL CITY TRUST COMPANY, Respondent, v. DANIEL CRIMMINS and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed papers and briefs on appeal by October sixth and be ready for argument November fourteenth.

---

* See Const. art. 3, § 8.— [REP.